[No. 30466-6-I.    Division One.    April 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN
BERNARD LOVE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-07346-7, John M. Darrah, J., entered March
3, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32774-7-I.    Division One.    April 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
JAMES MATTHIAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-06948-9, Robert H. Alsdorf, J., entered
April 26, 1993. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Pekelis, A.C.J., and Becker, J.

[Nos. 31083-6-I; 31934-5-I.    Division One.    April 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOSE R. SILIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00521-9, James A. Noe, J., entered July 13,
1992. *Reversed* by unpublished opinion per Scholfield, J.,
concurred in by Kennedy and Becker, JJ.

[No. 30342-2-I.    Division One.    April 25, 1994.]

EDITH HARRISON, *Appellant*, v. FRED PAZASKI,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 91-2-00213-1, Michael F. Moynihan, J.,
entered February 21, 1992. *Reversed* by unpublished opinion
per Kennedy, J., concurred in by Scholfield and Grosse, JJ.